IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DeMARCO WILLIAMS,

Defendant.                                                No. 09-cr-30021-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to withdraw as counsel for defendant Williams (Doc. 45). Counsel seeks withdrawal as defendant has repeatedly expressed dissatisfaction with counsel and has refused to respond to repeated letters sent to defendant. Counsel further relates that he has learned a material witness claims defendant has instructed her to no longer cooperate with appointed counsel in preparing for defendant's contested revocation hearing. Thus, for good cause, said motion to withdraw is **GRANTED** (Doc. 45). Assistant Federal Public Defender Daniel G. Cronin is hereby terminated as representative counsel for defendant. Accordingly, the Court hereby **APPOINTS** as CJA counsel, attorney **Robert Herman,** 8820 Ladue Road Suite 201, St. Louis, MO 63124.

**IT IS SO ORDERED.**
Signed this 9th day of April, 2013.

Digitally signed by David R. Herndon
Date: 2013.04.09 15:58:04 -05'00'

**Chief Judge**
**United States District Court**